**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK C. LONDEAN, ALTERNATIVE PEST CONTROL INC., <br><br>    Plaintiff, <br><br>    v. <br><br>UNITED STATES POSTAL SERVICE, POSTMASTER GENERAL AND DOES I-X, INCLUSIVE, <br><br>    Defendants. | Case No. EDCV 10-00159 VAP(OPx) <br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: June 17, 2010　　　　_____
　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　United States District Judge